**Artie V. Tidwell, Plaintiff-Appellant, v. R. Glenn Smith, Edward V. Platt, and the Sisters of The Third Order of St. Francis, a Corporation, Defendants-Appellees.**

Gen. No. 11,760.

Second District, Second Division.

September 5, 1963.

John R. Snively, of Rockford, for appellant; Haye & Keegan, of Rockford (Frederick H. Haye and John C. McCarthy, of counsel), for appellees, R. Glenn Smith and Edward V. Platt, and Williams, McCarthy & Kinley, of Rockford, for appellees, the Sisters of the Third Order of St. Francis. Opinion by JUDGE WRIGHT. Not to be published in full.